DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RYAN REZAEI (CABN 285133)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 19-CR-287-CRB-1 |
| Plaintiff, | UNITED STATES' SENTENCING MEMORANDUM |
| v. | |
| JOSE ARTEAGA-VASQUEZ, a/k/a "Joseph," | |
| Defendant. | |

The United States submits this sentencing memorandum. Defendant was charged in a multi-count superseding indictment with 10 controlled substance violations. The charges included conspiracy to distribute and possess with intent to distribute cocaine and 100 grams or more of heroin (Count 1) and distribution of 100 grams or more of heroin (Count 8). Pursuant to a plea agreement, Defendant pled guilty to Count 8 of the superseding indictment. *See* Doc. 56 (Plea Agreement).

As calculated in the PSR, Defendant was responsible for distributing about 691 grams of heroin and 54 grams of cocaine (PSR, ¶ 25), which are not insignificant amounts. Drugs are a scourge that ruin

//

//

1  lives and families.  The United States asks that the Court impose a sentence that reflects the seriousness
2  of Defendant's unlawful conduct, while taking into account Defendant's difficult upbringing.

4  DATED: September 22, 2020              Respectfully submitted,

                                          DAVID L. ANDERSON
                                          United States Attorney


                                               /S/
                                          RYAN REZAEI
                                          Assistant United States Attorney

GOVERNMENT SENTENCING MEMORANDUM     2
19-CR-287-CRB-1