# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date:  October 22, 2020                                    Judge:  Honorable Charles R. Breyer

Court Reporter: Ana Dub
Time: 10 Minutes
Case No.: CR19-0287-1 CRB
Case Name:  USA v. Jose Luis Arteaga Vasquez (Custody)(Present)

Attorney(s) for Government: Sailaja Padipaty
Attorney(s) for Defendant(s): Brian Berson
Interpreter: Spanish – Nina Safdie
Probation Officer: Jessica Goldsberry

Deputy Clerk: Lashanda Scott


## PROCEEDINGS

Due to COVID-19 pandemic, all parties consent to having this matter heard by video conference. Sentencing hearing held.  The Court sentenced the defendant to the Bureau of Prisons to a term of time served.  Defendant placed on supervised release for a term of 4 years under the usual terms and conditions and the special conditions. The Court finds the defendant does not have the ability to pay a fine and Orders it waived.  The defendant shall pay a special assessment of $100. Refer to Judgment for additional information.  Government's Motion to Dismiss all remaining counts – Motion Granted. Defendant in custody at Santa Rita Jail.